CHASE, Appellant, v. RIES et al., Respondents.

No. 2169; November 8, 1858.

Appeal.—Liability on an Appeal Bond Does not Attach upon reversal of the judgment appealed from with directions to enter a different judgment.

APPEAL from Fourteenth Judicial District, Sierra County.

Van Clief & Steward for appellant; Hall & Musser for respondents.

TERRY, C. J.—This is an action on an appeal bond executed by defendants conditioned to pay the judgment appealed from if the same should be affirmed by the appellate court.

It appears from the record that the judgment appealed from was reversed, with directions to the court below to enter a different judgment; consequently no liability attached to defendants under the conditions of the bond.

Judgment affirmed.

We concur: Baldwin, J.; Field, J.